**No. 51576.**—Protests 593388–G, etc., of Oceanic Trading Co. et al. (New York).

Opinion by KINCHELOE, J. An examination of the record in each instance failing to disclose any error in the action of the collector, the protests were overruled.

**No. 51577.**—Protests 127840–K, etc., of Rudolf Schick (New York).

Opinion by KINCHELOE, J. An examination of the record in each instance failing to disclose any error in the action of the collector, the protests were overruled.

**No. 51578.**—Protests 118028–K, etc., of Central Madeira Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51579.**—Protests 520495–G, etc., of Larry Lasker Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51580.**—Protests 943822–G, etc., of Stewart & Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51581.**—Protests 952696–G, etc., of Wilfred Schade & Co. et al. (St. Louis, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.